# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2015

SEAN F. McAVOY, CLERK

JOSHUA A. MAYFIELD

        *Plaintiff*

v.     Civil Action No.  14-CV-0372-FVS

CAROLYN W. COLVIN

        *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Fred Van Sickle  on a motion for
    Summary Judgment.  Judgment in favor of the Defendant.


Date:  09/21/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
        *(By) Deputy Clerk*

Allison Yates